Deborah J. Smith v. Dolgencorp, LLC d/b/a Dollar General
Pike County Circuit Court
Cause No. 63C01-2105-CT-000128

# EXHIBIT A

# STATE COURT RECORD

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

## Deborah J. Smith v. DOLGENCORP LLC d/b/a DOLLAR GENERAL

| | |
|---|---|
| Case Number | 63C01-2105-CT-000128 |
| Court | Pike Circuit Court |
| Type | CT - Civil Tort |
| Filed | 05/04/2021 |
| Status | 05/04/2021 , Pending (active) |

## Parties to the Case

**Defendant** DOLGENCORP LLC d/b/a DOLLAR GENERAL

<u>Attorney</u>
Lyndsay Ileana Ignasiak
*#3069045, Retained*

Reminger Co., LPA
College Park Plaza
8909 Purdue Rd. Suite 200
Indianapolis, IN 46268
317-853-7372(W)

**Plaintiff** Smith, Deborah J.

<u>Attorney</u>
Raymond Thomas Green
*#727903, Lead, Retained*

BLACKBURN & GREEN
8202 Clearvista Pkwy
Bldg 8, Suite B
Indianapolis, IN 46256
317-489-4700(W)

<u>Attorney</u>
Collin Wilkin Green
*#3378149, Retained*

BLACKBURN & GREEN
8202 Clearvista Pkwy
SUITE 8B
Indianapolis, IN 46256
317-489-4700(W)

<u>Attorney</u>
Letha Ann Maier
*#3437129, Retained*

Blackburn & Green
8202 Clearvista Parkway
Building 8, Suite B
Indianapolis, IN 46256
317-489-4700(W)

6/9/2021    Case 1:21-cv-01608-JMS-DLP   Document 1-1   Filed 06/09/21   Page 3 of 19 PageID #: 7
Summary - MyCase

# Chronological Case Summary

### 05/04/2021  Case Opened as a New Filing

### 05/04/2021  Appearance Filed
Appearance by Attorney (R.T. Green)

| | |
|---|---|
| For Party: | Smith, Deborah J. |
| File Stamp: | 05/04/2021 |

### 05/04/2021  Complaint/Equivalent Pleading Filed
Complaint for Damages

| | |
|---|---|
| Filed By: | Smith, Deborah J. |
| File Stamp: | 05/04/2021 |

### 05/04/2021  Jury Trial Demand Filed
Jury Demand

| | |
|---|---|
| Filed By: | Smith, Deborah J. |
| File Stamp: | 05/04/2021 |

### 05/04/2021  Subpoena/Summons Filed
Summons-Dolgencorp LLC

| | |
|---|---|
| Filed By: | Smith, Deborah J. |
| File Stamp: | 05/04/2021 |

### 05/12/2021  Service Returned Served
certified mail to Dolgencorp, LLC signed by Mary Coleman, no delivery date listed

| | |
|---|---|
| Party Served: | DOLGENCORP LLC d/b/a DOLLAR GENERAL |

### 06/02/2021  Appearance Filed
Appearance for Defendant

| | |
|---|---|
| For Party: | DOLGENCORP LLC d/b/a DOLLAR GENERAL |
| File Stamp: | 06/02/2021 |

### 06/02/2021  Motion Filed
Unopposed Motion for Enlargement of Time to Respond to Complaint

| | |
|---|---|
| Filed By: | DOLGENCORP LLC d/b/a DOLLAR GENERAL |
| File Stamp: | 06/02/2021 |

### 06/02/2021  Order Granting
Order Granting Unopposed Motion for Enlargement of Time to Respond to Complaint

| | |
|---|---|
| Judicial Officer: | Biesterveld, Jeffrey L |
| Order Signed: | 06/02/2021 |

### 06/03/2021  Automated ENotice Issued to Parties
Order Granting ---- 6/2/2021 : Collin Wilkin Green;Lyndsay Ileana Ignasiak;Letha Ann Maier;Raymond Thomas Green

# Financial Information
* Financial Balances reflected are current representations of transactions processed by the Clerk's Office. Please note that any balance due does not reflect interest that has accrued – if applicable – since the last payment. For questions/concerns regarding balances shown, please contact the Clerk's Office.

## Smith, Deborah J.
Plaintiff

https://public.courts.in.gov/mycase/#/vw/CaseSummary/eyJ2Ijp7IkNhc2VUb2tlbiI6IlJIM2Rfc0l1a1BTSFFPeE8tUVFJeTNYbEdhRFZ4RW90cXJQZnZH...   2/3

6/9/2021 Case 1:21-cv-01608-JMS-DLP Document 1-1 Filed 06/09/21 Page 4 of 19 PageID #: 8
Summary - MyCase

Balance Due (as of 06/09/2021)
**0.00**

## Charge Summary

| Description | Amount | Credit | Payment |
|---|---|---|---|
| Court Costs and Filing Fees | 157.00 | 0.00 | 157.00 |

## Transaction Summary

| Date | Description | Amount |
|---|---|---|
| 05/04/2021 | Transaction Assessment | 157.00 |
| 05/04/2021 | Electronic Payment | (157.00) |

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

https://public.courts.in.gov/mycase/#/vw/CaseSummary/eyJ2Ijp7IkNhc2VUb2tlbiI6IlJIM2Rfc0I1a1BTSFFPeE8tUVFJeTNYbEdhRFZ4RW90cXJQZ25ZH... 3/3

63C01-2105-CT-000128

Pike Circuit Court

Filed: 5/4/2021 1:53 PM
Clerk
Pike County, Indiana

| STATE OF INDIANA | ) | IN THE PIKE CIRCUIT COURT |
| --- | --- | --- |
| | ) SS: | |
| COUNTY OF PIKE | ) | CAUSE NO. |

DEBORAH J. SMITH,           )
                            )
         Plaintiff,         )
                            )
vs.                         )
                            )
DOLGENCORP LLC              )
d/b/a DOLLAR GENERAL,       )
                            )
         Defendant.         )

## E-FILING APPEARANCE BY ATTORNEY IN CIVIL CASE

**This Appearance Form must be filed on behalf of every party in a civil case.**

1. The party on whose behalf this form is being filed is:
   Initiating  X          Responding ____        Intervening ____ ; and

   the undersigned attorney and all attorneys listed on this form now appear in this case for the following parties:

   Name of party  Deborah J. Smith

2. Attorney information for service as required by Trial Rule 5(B)(2)

   Name: R.T. Green              Atty Number: 7279-03
   Name: Collin W. Green          Atty Number: 33781-49
   Name: Letha A. Maier           Atty Number: 34371-29
   Address: 8202 Clearvista Parkway, Ste. 8B, Indianapolis, IN 46256
   Phone: (317) 489-4700          Fax: (317) 845-7847
   Email Address: rtgreen@blackburnandgreen.com
   Email Address: cgreen@blackburnandgreen.com
   Email Address: lmaier@blackburnandgreen.com

DOCUMENT4

**IMPORTANT**: Each attorney specified on this appearance:

(a) certifies that the contact information listed for him/her on the Indiana Supreme Court Roll of Attorneys is current and accurate as of the date of this Appearance;

(b) **acknowledges that all orders, opinions, and notices from the court in this matter that are served under Trial Rule 86(G) will be sent to the attorney at the email address(es) specified by the attorney on the Roll of Attorneys regardless of the contact information listed above for the attorney;** and

(c) understands that he/she is solely responsible for keeping his/her Roll of Attorneys contact information current and accurate, see Ind. Admis. Disc. R. 2(A).

Attorneys can review and update their Roll of Attorneys contact information on the Courts Portal at http://portal.courts.in.gov.

3. This is a _CT_ case type as defined in administrative Rule 8(B)(3).

4. This case involves child support issues. Yes ____ No _X_

5. This case involves a protection from abuse order, a workplace violence restraining order, or a no – contact order. Yes ____ No _X_

6. There are related cases: Yes ____ No _X_

7. There are other party members: Yes ____ No _X_

_____
R.T. Green (7279-03)
Collin W. Green (33781-49)
Letha A. Maier (34371-29)
Attorneys for Plaintiff
BLACKBURN & GREEN
8202 Clearvista Parkway
Building 8, Suite B
Indianapolis, IN 46256
Telephone: (317) 489-4700

63C01-2105-CT-000128

Pike Circuit Court

Filed: 5/4/2021 1:53 PM
Clerk
Pike County, Indiana

| STATE OF INDIANA | ) | IN THE PIKE CIRCUIT COURT |
|---|---|---|
| | ) SS: | |
| COUNTY OF PIKE | ) | CAUSE NO. |

DEBORAH J. SMITH,

    Plaintiff,

vs.

DOLGENCORP LLC
d/b/a DOLLAR GENERAL,

    Defendant.

## COMPLAINT FOR DAMAGES

### COUNT I

Plaintiff, Deborah Smith, for her first claim for relief states:

1. On August 18, 2019, Plaintiff, Deborah J. Smith, was on the premises of the Defendant, Dolgencorp LLC d/b/a Dollar General, located at 1032 N. SR 61 in the City of Petersburg, Pike County, Indiana, when she tripped and fell due to a wooden pallet that was obstructing the aisleway.

2. The injuries and damages were the responsible result of the carelessness and negligence of agents and/or employees of the Defendant, Dolgencorp LLC d/b/a Dollar General, for failing to properly inspect and maintain its property in a safe condition and for failing to properly remove hazards present in the aisleway.

3. The wooden pallet was under the management or control of the Defendant, Dolgencorp, LLC d/b/a Dollar General, and Plaintiff Deborah J. Smith's injuries are the type that would not have occurred with the exercise of proper care.

4. Defendant, Dolgencorp LLC d/b/a Dollar General is liable for Plaintiff, Deborah

Smith's, injuries and damages under the doctrine of res ipsa loquitur.

5. As a result of the fall, Plaintiff, Deborah Smith, sustained physical injuries and suffered physical and mental pain.

6. As a further result of the fall, Plaintiff, Deborah J. Smith, incurred hospital and medical expenses, and may incur such expenses and losses in the future, as well as the loss of a whole and useful life.

WHEREFORE, Plaintiff, Deborah J. Smith, demands judgment against Defendant, Dolgencorp LLC d/b/a Dollar General, in an amount that will reasonably compensate her for the injuries and damages sustained, for the costs of this action, for all other just and proper relief in the premises, and for trial by jury.

R.T. Green (7279-03)
Collin W. Green (33781-49)
Letha A. Maier (34371-29)
Attorneys for Plaintiff
BLACKBURN & GREEN
8202 Clearvista Parkway
Building 8, Suite B
Indianapolis, IN 46256
Telephone: (317) 489-4700

**63C01-2105-CT-000128**

Pike Circuit Court

Filed: 5/4/2021 1:53 PM
Clerk
Pike County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE PIKE CIRCUIT COURT |
| | ) SS: | |
| COUNTY OF PIKE | ) | CAUSE NO. |

DEBORAH J. SMITH, )
)
      Plaintiff, )
)
vs. )
)
DOLGENCORP LLC )
d/b/a DOLLAR GENERAL, )
)
      Defendant. )

## JURY DEMAND

Comes now Plaintiff, Deborah J. Smith, by counsel, and demands trial by jury.

*/s/ R.T. Green*

R.T. Green (7279-03)
Collin W. Green (33781-49)
Letha A. Maier (34371-29)
Attorneys for Plaintiff
BLACKBURN & GREEN
8202 Clearvista Parkway
Building 8, Suite B
Indianapolis, IN 46256
Telephone: (317) 489-4700

**63C01-2105-CT-000128**

Pike Circuit Court

Filed: 5/4/2021 1:53 PM
Clerk
Pike County, Indiana

IN THE PIKE CIRCUIT COURT
PO Box 125
Petersburg, IN 47567

## SUMMONS

| STATE OF INDIANA | ) | PIKE CIRCUIT COURT |
| --- | --- | --- |
| | ) SS: | |
| COUNTY OF PIKE | ) | CAUSE NO. |

<u>PLAINTIFF</u> -
Deborah J. Smith

v.

<u>DEFENDANT</u> -
Dolgencorp, LLC
c/o Corporation Services Company, Registered Agent
135 N. Pennsylvania St., Suite 1610
Indianapolis, In 46204

TO THE ABOVE NAMED:
    You have been sued by the person named "PLAINTIFF" in the Court stated above. The nature of the suit against you is stated in the Complaint which is attached to this Summons. It also states the demand which the Plaintiff has made and wants from you.

    You must answer the Complaint in writing, by you or your attorney, within twenty (20) days commencing the day after you receive this Summons, (you have twenty-three (23) days to answer if this Summons was received by mail), or judgment will be entered against you for what the Plaintiff has demanded. If you have a claim for relief against the Plaintiff arising from the same transaction or occurrence, you must assert it in your written Answer.

CLERK'S ISSUANCE

DATE __May 4__, 202_1_

_Lana Griffith_
Clerk

BY:_____
Deputy

The following manner of service is hereby designated: ___ Registered Mail _X_ Certified Mail
___ By Sheriff as provided by law __ Other as follows:_____

ATTORNEYS FOR PLAINTIFF: R.T. Green (7279-03), Collin W. Green (33781-49), Leitha A. Maier (34371-29), <u>BLACKBURN & GREEN</u>, 8202 Clearvista Pkwy, Building 8, Suite B, Indianapolis, IN 46256
Telephone: (317) 489-4700

Page 1 of 1

(Pike County Court SEAL)

5/12/2021 9:34 AM Scanned

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Dolgencorp, LLC
c/o Corporation Services Company
Resident Agent
135 N. Pennsylvania Street, Ste 1610
Indianapolis, IN 46204

9590 9402 6336 0296 1650 65

2. Article Number (Transfer from service label)
7020 1290 0001 1490 6454

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Mary Coleman ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                  MAY 12 2021

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

RECEIVED
CLERK PIKE CIRCU[IT]

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Signature Confirmation
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053       Domestic Return Receipt

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

USPS TRACKING #

9590 9402 6336 0296 1650 65

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

Pike County Circuit Court
801 Main Street
Petersburg, IN 47567

63C01-2105-CT-000128

Filed: 6/2/2021 1:57 PM
Clerk
Pike County, Indiana

| STATE OF INDIANA | ) | IN THE PIKE COUNTY CIRCUIT COURT |
|---|---|---|
| | ) SS: | |
| COUNTY OF PIKE | ) | CAUSE NO. 63C01-2105-CT-000128 |

DEBORAH J. SMITH,

      Plaintiff,

vs.

DOLGENCORP LLC
d/b/a DOLLAR GENERAL

      Defendant.

## E-FILING APPEARANCE BY ATTORNEY IN CIVIL CASE

**This Appearance Form must be filed on behalf of every party in a civil case.**

1. The party on whose behalf this form is being filed is:
   Initiating _____   Responding __X__   Intervening _____ ; and

   the undersigned attorney and all attorneys listed on this form now appear in this case for the following parties:

   Name of party __**DOLGENCORP, LLC d/b/a DOLLAR GENERAL**__

2. Attorney information for service as required by Trial Rule 5(B)(2)

   Name:     Lyndsay I. Ignasiak          Atty Number:  30690-45

   Address:  Reminger Co., L.P.A., College Park Plaza, 8909 Purdue Road
             Suite 200, Indianapolis, Indiana 46268

   Phone:    (317) 663-8570               Direct:  (317) 853-7372

   Fax:      (317) 228-0943

   Email Address: lignasiak@reminger.com

   **IMPORTANT:** Each attorney specified on this appearance:

   (a) certifies that the contact information listed for him/her on the Indiana Supreme Court Roll of Attorneys is current and accurate as of the date of this Appearance;

   (b) **acknowledges that all orders, opinions, and notices from the court in this matter that are served under Trial Rule 86(G) will be sent to the attorney at the email address(es) specified by the attorney on the Roll of Attorneys**

        **regardless of the contact information listed above for the attorney**; and

(c)     understands that he/she is solely responsible for keeping his/her Roll of Attorneys contact information current and accurate, see Ind. Admis. Disc. R. 2(A).

Attorneys can review and update their Roll of Attorneys contact information on the Courts Portal at http://portal.courts.in.gov.

3. This is a \_\_\_\_\_CT\_\_\_\_\_ case type as defined in administrative Rule 8(B)(3).

4. This case involves child support issues. Yes \_\_\_\_ No \_X\_ *(If yes, supply social security numbers for all family members on a separately attached document filed as confidential information on **light green paper**. Use Form TCM-TR3.1-4.)*

5. This case involves a protection from abuse order, a workplace violence restraining order, or a no – contact order. Yes \_\_\_\_ No \_X\_ *(If Yes, the initiating party must provide an address for the purpose of legal service but that address should not be one that exposes the whereabouts of a petitioner.)* The party shall use the following address for purposes of legal service:

    _____ Attorney's address
    _____ The Attorney General Confidentiality program address
        (contact the Attorney General at 1-800-321-1907 or e-mail address is **confidential@atg.in.gov**).
    _____ Another address (provide) _____

This case involves a petition for involuntary commitment. Yes \_\_\_\_ No \_X\_

6. If Yes above, provide the following regarding the individual subject to the petition for involuntary commitment:
    a. Name of the individual subject to the petition for involuntary commitment if it is not already provided in #1 above: _____
    b. State of Residence of person subject to petition: _____
    c. At least one of the following pieces of identifying information:
        (i) Date of Birth _____
        (ii) Driver's License Number _____
            State where issued _____ Expiration date _____
        (iii) State ID number _____
            State where issued _____ Expiration date _____
        (iv) FBI number _____
        (v) Indiana Department of Corrections Number _____
        (vi) Social Security Number is available and is being provided in an attached confidential document Yes \_\_\_\_ No \_X\_

7. There are related cases: Yes \_\_\_\_ No \_X\_ *(If yes, list on continuation page.)*

8. Additional information required by local rule: _____

9. There are other party members: Yes \_\_\_\_ No \_\_\_\_ *(If yes, list on continuation page.)*

10. This form has been served on all other parties and Certificate of Service is attached:
Yes __X__ No _____

        Respectfully submitted,

        */s/ Lyndsay I. Ignasiak*
        Lyndsay I. Ignasiak (30690-45)
        REMINGER CO., L.P.A.
        College Park Plaza
        8909 Purdue Road
        Suite 200
        Indianapolis, IN 46268
        T: (317) 853-7372
        F: (317) 228-0943
        lignasiak@reminger.com
        ***Counsel for Defendant, Dolgencorp, LLC d/b/a Dollar General***

## CERTIFICATE OF SERVICE

I certify that on this 2nd day of June, 2021, a copy of the foregoing document was filed using the Court's Electronic Filing System. Notice of this filing will be sent to all parties by operation of the Court's Electronic Filing System. Parties may access this filing through the Court's Electronic Filing System.

R.T. Green
Collin W. Green
Letha A. Maier
BLACKBURN & GREEN
8202 Clearvista Parkway
Building 8, Suite B
Indianapolis, IN 46256
***Counsel for Plaintiff***

        */s/ Lyndsay I. Ignasiak*
        Lyndsay I. Ignasiak (30690-45)
        REMINGER CO., L.P.A.

Filed: 6/2/2021 1:57 PM
Clerk
Pike County, Indiana

| STATE OF INDIANA | ) | IN THE PIKE COUNTY CIRCUIT COURT |
|---|---|---|
| | ) SS: | |
| COUNTY OF PIKE | ) | CAUSE NO. 63C01-2105-CT-000128 |

DEBORAH J. SMITH,

      Plaintiff,

vs.

DOLGENCORP LLC
d/b/a DOLLAR GENERAL

      Defendant.

### UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT

Defendant Dolgencorp, LLC d/b/a Dollar General ("Defendant"), by and through counsel, and pursuant to Indiana Rule of Trial Procedure 6(B), hereby requests an enlargement of time to respond to the Complaint filed by Plaintiff Deborah J. Smith ("Plaintiff"), and in support thereof, states as follows:

1. Plaintiff filed her Complaint on or about May 4, 2021. Defendant received service of the Complaint via U.S. Mail on or about May 10, 2021. A response, therefore, is due on or about June 2, 2021.

2. Defendant, however, requires additional time to investigate Plaintiff's claims and confirm the proper entities in the matter. Accordingly, Defendant respectfully requests a thirty (30) day extension of time to respond to the Complaint, up to and including July 2, 2021.

3. This request is being made in good faith and not for purposes of delay. Furthermore, this request will not prejudice any party, as the matter has just been filed and there are not yet any case management deadlines.

4. Counsel for Defendant has reached out to counsel for Plaintiff regarding this request, and Plaintiff has indicated that she has no objection.

WHEREFORE, Defendant Dolgencorp, LLC d/b/a Dollar General respectfully requests an enlargement of time, up to and including July 2, 2021, to respond to the Complaint, and for all other just and appropriate relief.

Respectfully submitted,

*/s/ Lyndsay I. Ignasiak*
Lyndsay I. Ignasiak (30690-45)
REMINGER CO., L.P.A.
College Park Plaza
8909 Purdue Road, Suite 200
Indianapolis, IN 46268
T: (317) 853-7372
F: (317) 228-0943
lignasiak@reminger.com
**Counsel for Defendant Dolgencorp, LLC d/b/a Dollar General**

## CERTIFICATE OF SERVICE

I certify that on this 2nd day of June, 2021, a copy of the foregoing document was filed using the Court's Electronic Filing System. Notice of this filing will be sent to all parties by operation of the Court's Electronic Filing System. Parties may access this filing through the Court's Electronic Filing System.

R.T. Green
Collin W. Green
Letha A. Maier
BLACKBURN & GREEN
8202 Clearvista Parkway
Building 8, Suite B
Indianapolis, IN 46256
*Counsel for Plaintiff*

                              /s/ Lyndsay I. Ignasiak
                              Lyndsay I. Ignasiak (30690-45)
                              REMINGER CO., L.P.A.

3

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE PIKE COUNTY CIRCUIT COURT |
| | ) SS: | |
| COUNTY OF PIKE | ) | CAUSE NO. 63C01-2105-CT-000128 |

DEBORAH J. SMITH,

      Plaintiff,

vs.

DOLGENCORP LLC
d/b/a DOLLAR GENERAL

      Defendant.

## ORDER GRANTING UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT

This matter comes before the Court on Defendant's Unopposed Motion for Enlargement of Time to Respond to Complaint, and this Court, having reviewed said motion and being duly advised in the premise, does hereby GRANT the same.

**IT IS SO ORDERED** that Defendant shall have up to and including July 2, 2021 to respond to the Complaint.

June 2, 2021
DATE

*Jeffrey L. Biesterveld*
JUDGE, Pike County Circuit Court

Distribution to all parties registered in this matter.